Frank Holahan
Nancy A. Del Pizzo
RIVKIN RADLER LLP
25 Main Street, Court Plaza South,
West Wing, Ste. 158
Hackensack, New Jersey 07601
P: (201) 287-2460
F: (201) 489-0495

OF COUNSEL:
Farah P. Bhatti
(*pro hac vice* application forthcoming)
BUCHALTER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
P: (949) 760-1121
F: (949) 720-0182

*Attorneys for Plaintiff,*
*Panda Restaurant Group, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PANDA RESTAURANT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> PANDA CHINESE & JAPANESE RESTAURANT, LLC, SAM YANG, individually, and ABC CORPS. 1-100, related entities whose names are unknown, <br><br> Defendants. | C.A.N.: 2:17-cv-11718 (WHW) (CLW) <br><br>  <br> **ORDER GRANTING** <br> **DEFAULT JUDGMENT** |

**THIS MATTER** having come before the Court by way of the motion of plaintiff, Panda Restaurant Group, Inc. ("Plaintiff"), by and through its attorneys, Rivkin Radler LLP, seeking entry of default judgment against defendants, Panda Chinese & Japanese Restaurant, LLC, Sam

1

Yang (a/k/a Qi Dong Yang and Qi Qiang Yang) and ABC CORPS. 1 (Panda One, Inc.) (collectively, the "Defendants"), under Rule 55(b)(2) of the Federal Rules of Civil Procedure;

IT IS on this 24 day of October __, 2018;

**ORDERED**, that Plaintiff's motion for a default judgment against the Defendants is granted in its entirety; and it is further,

**ORDERED**, that Defendants, including their affiliates, subsidiaries, officers, directors, employees and attorneys, and all persons and/or entities acting for, with, by, through or in concert with them or any of them are permanently enjoined from:

    a.    Using the Panda Marks (as defined in paragraph 9 of the Complaint (D.E. 1)) and/or any other designation that is a colorable imitation of and/or is confusingly similar to the Panda Marks, in any medium (retail, internet, physical or otherwise) in connection with any food or related products or services not originating from, sponsored, endorsed nor authorized by Plaintiff;

    b.    Representing in any manner, or by any method whatsoever, directly or indirectly, that Defendants are in any way affiliated with Plaintiff, or that the goods, services or other products and services providing by Defendants are sponsored, approved, authorized by, endorsed by, affiliated with or originate from Plaintiff, or otherwise taking any action likely to cause confusion, mistake or deception as to the origin, approval, sponsorship or certification of such goods or services;

    c.    Infringing, diluting and/or tarnishing the distinctive quality of the Panda Marks;

    d.    Unfairly competing with Plaintiff in any manner; and it is further,

**ORDERED**, that Defendants, within thirty (30) days of the date hereof, be required to deliver up to Plaintiff for destruction any literature, signs, advertising materials, and the like bearing any of the Panda Marks or any confusingly similar variations thereof for products or services neither originating from nor authorized by Plaintiff; and it is further,

**ORDERED**, that Defendants, within thirty (30) days of the date hereof, be required to transfer to Plaintiff the following website domain names, www.pandanj.com, www.pandaasiancuisinenj.com and www.pandamenunj.com and it is further,

**ORDERED**, that Defendants, within sixty (60) days after service of notice of entry of judgment upon them, be required to file with the Court and serve upon Plaintiff's attorneys a written report, under oath, setting forth in detail the manner in which Defendants have complied with paragraphs a. through d. above; and it is further,

**ORDERED**, that Defendants be required to account for and pay over to Plaintiff their profits for all of the years of their infringing conduct, and that the amount of recovery be increased as provided by law, up to three times, and that interest and costs be awarded to Plaintiff; and it is further,

**ORDERED**, that Plaintiff's counsel shall submit an affidavit of services of fees and costs within ___ days for the Court's consideration.

HON. WILLIAM H. WALLS, U.S.D.J.

4018559